IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAMERON RAYMOND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-00212 ACK-RLP |
| | ) |
| COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; DARRYL D. PERRY; ISAIAH SARSONA; JERALD KIM; SANDY WAKUMOTO; WILCOX MEMORIAL HOSPITAL; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; AND DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On October 23, 2018, Defendants County of Kauai, Kauai Police Department, Darryl D. Perry, Isaiah Sarsona, and Sandy Wakumoto (collectively "the County Defendants") filed a Motion for Determination of Good Faith Settlement. ECF No. 314. The Motion sought Court approval of the confidential settlement reached between Plaintiff Cameron Raymond ("Plaintiff") and the County Defendants pursuant to Hawaii Revised Statutes Section 663-15.5. On November 8, 2018, Defendant Wilcox Memorial Hospital filed a Statement of No Position with respect to the County Defendants' Motion. ECF No. 318. On November 16, 2018, Plaintiff filed a Memorandum in which he disagreed with the County Defendants' characterization of the facts and claims, as

1

well as their analysis of potential liability, but also stated that he did not object to the County Defendants' Motion. ECF No. 319. On November 30, 2018, the Magistrate Judge issued Findings and Recommendation to Grant Motion for Determination of Good Faith Settlement (the "F&R"). ECF No. 321.

In the F&R, the Magistrate Judge set forth the factors from Troyer v. Adams that courts must use to determine whether parties have entered into a good faith settlement. See 102 Haw. 399, 427, 77 P.3d 83, 111 (Haw. 2003). The Court has reviewed the F&R, the factors set forth in Troyer v. Adams, and the settlement agreement entered into by Plaintiff and the County Defendants, and finds that those parties have reach a good faith settlement.

Findings and Recommendation having been filed and served on all parties on November 30, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND AJUDGED that, pursuant to Title 28 U.S.C. 636(b)(1)(C) and Local rule 74.2, the Findings and Recommendation to Grant Motion for Determination of Good Faith Settelement are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 21, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Raymond v. County of Kauai, et al., Civ. No. 15-00212 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.