IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CAMERON RAYMOND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-00212 ACK-WRP |
| | ) |
| WILCOX MEMORIAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on May 30, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART CAMERON RAYMOND'S MOTION FOR TAXABLE COSTS AND STAY THE TAXATION OF COSTS are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, June 21, 2019.



_____
Alan C. Kay
Sr. United States District Judge

Raymond v. Wilcox Memorial Hospital, Civ. No. 15-00212 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation.

1